# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0924. DOVER DAVIS, JR. v. HARVEY K. PERSONS et al.

In this direct appeal, Dover Davis, Jr. seeks review of the superior court's order affirming the decision of the Georgia Department of Labor to deny his claim for pandemic unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Davis failed to follow the proper appellate procedure, this appeal is hereby DISMISSED for lack of jurisdiction. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/09/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*